# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARSHA ROBYN WALLEN, PATRICK ANDERT, PATRICK FOX, KNEESHE PARKINSON, UBER USA, LLC, and RASIER LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ST. LOUIS METROPOLITAN TAXICAB COMMISSION, EYASU ASFAW, LOUIS P. HAMILTON, DAVE McNUTT, BASIL RUDAWSKY, AIRPORT BEST TAXI SERVICE, L.L.C., AIRPORT BEST TAXI SERVICE (2), L.L.C., AIRPORT BEST TRANSPORTATION LLC, GATEWAY TAXI MANAGEMENT COMPANY, D/B/A LACLEDE CAB COMPANY, ST. LOUIS COUNTY AND YELLOW CAB COMPANY, BEST TRANSPORTATION, INC., D/B/A BEST TRANSPORTATION OF ST. LOUIS, BEST BLACK CAR, LLC, BEST SEDAN SERVICES, LLC,<br><br>    Defendants. | Case No. 4:15-cv-1432 |

## NOTICE OF REQUESTED HEARING

PLEASE TAKE NOTICE THAT, Plaintiffs Marsha Robyn Wallen, Patrick Andert, Patrick Fox, Kneeshe Parkinson, Uber USA, LLC and Rasier LLC, respectfully request that this Court set a hearing on their Motion for Temporary Restraining Order as soon as possible this same date.  You are invited to attend and participate.

Dated:  September 18, 2015	Respectfully submitted,

By:	*/s/ James F. Bennett*
James F. Bennett	#46826 MO
John C. Danforth	#18438 MO
John D. Comerford	#60164 MO
Sheena R. Hamilton	#62921 MO
DOWD BENNETT LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jbennett@dowdbennett.com
jdanforth@dowdbennett.com
jcomerford@dowdbennett.com
shamilton@dowdbennett.com

Douglas R. Cole, *pro hac pending*
Erik J. Clark, *pro hac pending*
ORGAN COLE LLP
1330 Dublin Road
Columbus, OH 43215
(614) 481-0900 (telephone)
(614) 481-0904 (facsimile)
drcole@organcole.com
ejclark@organcole.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on all counsel of record.  Paper copies will be hand-delivered to all Defendants and will be hand delivered to the St. Louis Metropolitan Taxicab Commission's place of business at:

St. Louis Metropolitan Taxicab Commission
2628 Delmar Blvd
St. Louis, MO 63103

*/s/ James F. Bennett*

2