# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

**MARSHA ROBYN WALLEN, et al.,**

    **Plaintiffs,**

**v.**

**ST. LOUIS METROPOLITAN TAXICAB COMMISSION, et al.,**

    **Defendants.**

Case No. 4:15-cv-1432-HEA

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby provide notice of dismissal of all claims in this matter, with prejudice, pursuant to settlement, with each party bearing its, his, or her own costs.

Dated:  December 28, 2017        Respectfully submitted,

    */s/ James F. Bennett*
James F. Bennett   #46826 MO
John C. Danforth   #18438 MO
John D. Comerford   #60164 MO
Sheena R. Hamilton   #62921 MO
DOWD BENNETT LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jbennett@dowdbennett.com
jdanforth@dowdbennett.com
jcomerford@dowdbennett.com
shamilton@dowdbennett.com

Douglas R. Cole, pro hac vice
Erik J. Clark, pro hac vice
ORGAN COLE LLP
1330 Dublin Road
Columbus, OH 43215
(614) 481-0900 (telephone)

(614) 481-0904 (facsimile)
drcole@organcole.com
ejclark@organcole.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 28, 2017, a true and accurate copy of the foregoing was filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's ECF system to counsel for all parties indicated on the electronic filing receipt.

                                                                                             */s/ James F. Bennett*